UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MOHAMMAD SHAJAN, MOHAMMAD
RAHMAN, MILTON CAGUANAO,
ZAHANGIR ALAM, MOHAMMAD
YOUSUF on behalf of themselves and other
similarly situated,

             Plaintiffs,

   v.

BAROLO, LTD., and PAOLO SECONDO

            Defendant.
-------------------------------------------------------x

Index No.: 10-cv-01385-CM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, Plaintiffs Mohammad Shajan, Mohammad Rahman, Milton Caguano, Zahangir Alam, Mohammad Yusuf, (collectively, "Plaintiffs") and Barolo, LTD., and Paolo Secondo (collectively "Defendants" or "Barolo") by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties. The matter includes claims asserted under the Fair Labor Standards Act and the New York Labor Law, and the resolution includes a payment of monies by Defendants to Plaintiffs which includes back wages, liquidated damages, interest, costs and attorneys' fees.

The parties accordingly agree that the action be and is hereby dismissed, with prejudice, and with no additional award of attorneys' fees or costs by the Court to any party.

Respectfully,

| JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP | FOX ROTHSCHILD |
|---|---|
| s/ D. Maimon Kirschenbaum<br>D. Maimon Kirschenbaum<br>maimon@jhllp.com<br>757 Third Avenue, 25th Floor<br>New York, New York 10170<br>(212) 688-5640 | / Carolyn D. Richmond<br>D. Carolyn D. Richmond<br>crichmond@foxrothschild.com<br>100 Park Avenue, Suite 1500<br>New York, New York 10017<br>(212) 878-7900 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

SO ORDERED

[signature]

4/18/2011